EXHIBIT 15

PENGAD 800-631-6989

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF SOUTH FLORIDA

IAG., LLC,

Plaintiff,

CASE NO. 13-CV-1675-T-27TBM

vs.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Defendant.
_______________________________________/

**DEFENDANT'S EXPERT DESIGNATION**

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure and in accordance with the Case Management and Scheduling Order dated September 19, 2013, Defendant National Union Fire Insurance Company of Pittsburgh, PA, by and through its undersigned attorneys, hereby discloses and designates the following expert witnesses whom it expects to call to testify at trial:

(A). Nicholas E. Biery, Ph.D., P.E.
SEA (Scientific Expert Analysis)
7349 Worthington-galena Road
Columbus, OH 43085
(614) 888-4160

(B). Sam Techton, AIC, AINS, AIS, AMS
Techton Marine Consulting, Inc.
P.O. Box 47465
Tampa, FL 33646
(813) 784-5275

(C). Expert reports prepared by these expert witnesses have previously been delivered to Plaintiff's counsel. However, all reports prepared by the designated experts have this same date again been provided to Plaintiff's counsel via first class U.S. mail.

CV's and testimony logs for Defendant's designated experts have also been provided To Plaintiff's counsel via first class U.S. mail.

(D). Defendant reserves the right to call any expert witness(es) named by other parties in the above captioned case.

Dated: May 29, 2014
Fort Lauderdale, Florida

GOLDMAN & HELLMAN
Attorneys for Defendant
800 S.E. 3rd Avenue
4th Floor
Fort Lauderdale, Florida 33316
Tel (954) 356-0460
Fax (954) 832-0878

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2014, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send an electronic Notice of Filing to Plaintiff's counsel. Documents referenced herein have been provided via first class U.S. mail to Plaintiff's counsel:

Michelle Niemeyer, Esq.
2665 S. Bayshore Drive
Suite 220
Miami, FL 33133

GOLDMAN & HELLMAN
Attorneys for Defendant
800 S.E. 3rd Avenue
4th Floor
Fort Lauderdale, Florida 33316
Tel (954) 356-0460
Fax (954) 832-0878

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN, ESQ.