EXHIBIT
16
PENGAD 800-631-6989

S·E·A
Scientific Expert Analysis
7349 Worthington-Galena Road
Columbus, Ohio 43085
614.888.4160 • 800.782.6851
Fax 614.885.8014
www.SEAlimited.com

# Nicholas E. Biery, Ph.D., P.E.

nbiery@SEAlimited.com

## Education

*Carnegie Mellon University* — *Pittsburgh, Pennsylvania*
Doctor of Philosophy
Materials Science & Engineering
December 2000

*Carnegie Mellon University* — *Pittsburgh, Pennsylvania*
Master of Science
Materials Science & Engineering
May 1996

*University of Tennessee* — *Knoxville, Tennessee*
Bachelor of Science
Materials Science & Engineering
May 1995

## Experience

**Technical Consultant** — **2008 to Present**
*SEA, Ltd.* — *Columbus, Ohio*
Investigates materials failures and other aspects of materials performance. Duties include performing and supervising the testing of samples, analysis of test results, collection and preparation of written reports of findings. Expert testimony provided, as required.

**Senior Engineering Specialist, Materials & Fabrication Group Lead** — **2008 to 2008**
*ExxonMobil Upstream Research Company* — *Houston, Texas*
Coordinated materials research and project support, with focus on pipeline welding research. Duties included research planning and stewardship, project support for materials and welding, allocation of personnel and budget, development and maintenance of interfaces with other ExxonMobil upstream companies and affiliates, and presentation of group activities. Also served as internal technical support for materials issues and per case investigation of materials failures and performance issues.

**Senior Engineering Specialist, Pipelines Group Lead** **2007 to 2008**
*ExxonMobil Upstream Research Company* *Houston, Texas*
Responsibilities included coordination of pipeline research activities and pipeline project support. Responsible for technical support of ExxonMobil pipeline projects. Coordinated research company efforts to resolve key technical issues for major arctic pipeline project. Lead technical interface for qualification of high-strength pipeline materials.

**Engineering Specialist** **2005 to 2007**
*ExxonMobil Upstream Research Company* *Houston, Texas*
Research company lead for high-strength linepipe qualification. Duties included oversight of contractors (fabrication, large-scale testing, analytical studies, and computational modeling), evaluation of incentives for the use of high-strength linepipe, and maintaining relationships with steel pipe mills.

**Senior Research Engineer** **2001 to 2004**
*ExxonMobil Upstream Research Company* *Houston, Texas*
Technical lead for development of high-strength cryogenic steel plate. Responsibilities included being the primary contact for plate mill interactions, lead for external programs on low-temperature biaxial testing and neutron diffraction measurement of residual stresses, analysis and presentation of program results and test data.

**Graduate Research Assistant** **1995 to 2001**
*Carnegie Mellon University* *Pittsburgh, Pennsylvania*
Development of software and experimental techniques for measurement of small strains in titanium aluminides. Set up new in-SEM tensile testing stage, designed and manufactured wedge-action grips, and conducted tensile tests of titanium aluminide samples. Applied statistical methods to characterize variability in cast gamma-TiAl.

## Professional Registration

State of Michigan, License No. 6201060259
State of Ohio, Registration No. E-74349
State of Texas, Registration No. 114940

## Seminars and Additional Education

PETEX Introduction to Offshore Operations: The Rig School, July 9 to 13, 2012

## Publications

"Surface Morphology of Iron Dendrites in the Yanzhuang H6 Meteorite,"C.R. Brooks, N.E. Biery, L. Zhaohui, X. Xiande, and Z. Datong, *Materials Characterization*, Vol. 35, 1995, p. 165-174

"Surface Damage due to Impact and Fatigue Strength Reduction in Gamma Titanium Aluminides," Steif, P.S., Jones, J.W., Harding, T., Rubal, M.P., Gandelsman, V.Z., Biery, N., Pollock, T.M., *Structural Intermetallics*, Pennsylvania, pp. 435-442

"Cast Structure and Property Variability in Gamma Titanium Aluminides," L. Rishel, N.E. Biery, R. Raban, V.Z. Gandelsman, T.M. Pollock, and A.W. Cramb, *Intermetallics*, Vol. 6, 1998, pp. 629-636

"Displacement Mapping During in-situ Straining in the SEM," N. Biery, T.M. Pollock, N.T. Nuhfer, and M. DeGraef, *Microscopy and Microanalysis*, Vol. 5, Supplement 2, 1999, pp. 334-335

"On the Relation Between Cooling Rate and Solidification Microstructure in As-Cast Titanium Aluminides," M. DeGraef, N. Biery, L. Rishel, T.M. Pollock, and A. Cramb, Ibid., 1999, pp. 247-254

"Study of Localized Strain at Notches in Gamma-TiAl Alloys Using Displacement Mapping and Microstructural Characterization," N. Biery, M. DeGraef, and T.M. Pollock, Pennsylvania, 1999, pp. 557-564

"Notch Strengthening in Titanium Aluminides Under Monotonic Loading," Milke, J.G., Beuth, J.L., Biery, N.E., *SEM IX International Congress on Experimental Mechanics*, Vol. 40, 2000, pp. 415-424

"Influence of Microstructure and Strain Distribution on Failure Properties in Intermetallic TiAl-Based Alloys," N. Biery, M. DeGraef, and T.M. Pollock, *Materials Science and Engineering A*, Vol. 319-321, 2001, pp. 613-617

"The Effects of Constraint-Induced Normal Stress on the Failure of Notched TiAl Components," J.G. Milke, J.L. Beuth, N.E. Biery, and H. Tang, *Metallurgical and Materials Transactions A*, Vol. 33A, 2002, pp. 417-426

"Use of Weibull Statistics to Quantify Property Variability in TiAl Alloys," N. Biery, M. DeGraef, R. Raban, A. Elliot, C. Austin, and T.M. Pollock, *Metallurgical and Materials Transactions A*, Vol. 33A, 2002, pp. 3127-3136

"A Method for Measuring Microstructural Scale Strains Using a Scanning Electron Microscope: Application to gamma-TiAl Aloys," N. Biery, M. DeGraef, and T.M. Pollock, *Metallurgical and Materials Transactions A*, Vol. 34, 2003, pp. 2301-2313

"Pressurized LNG: Prototype Container Fabrication," D.P. Fairchild, P.P. Smith, N.E. Biery, A.M. Farah, D.B. Lillig, T.S. Jackson, W.J. Sisak, in *Proceedings of the Fifteenth International Offshore and Polar Engineering Conference*, 2005, pp. 109-113

"Godin Lake Trial: X120 Field Welding," N. Biery, M. Macia, R. Appleby, D. Fairchild, D. Hoyt, D. Dorling, D. Horsley, in *Proceedings of the Biennial International Pipeline Conference*, ASME, New York, New York, 2007, pp. 461-467

"Evaluation of the Resistance of X120 Pipe to Mechanical Damage," A. Lucci, G. Mannucci, G. Malatesta, N.E. Biery, in *Proceedings of the Biennial International Pipeline Conference*, ASME, New York, New York, 2007, pp. 453-460

"Crack Propagation Modeling and Crack Arrestor Design for X120," A. Fonzo, A. Meleddu, M. DiBiagio, G. Mannucci, G. Demofonti, C.W. Peterson, N.E. Biery, in *Proceedings of the Biennial International Pipeline Conference*, ASME, New York, New York, 2007, pp. 317-325

"Recent Advances in Curved Wide Plate Testing and Implications for Strain-Based Design," D.P. Fairchild, W. Cheng, S.J. Ford, K. Minnaar, N.E. Biery, A. Kumar, and N.E. Nissley, in *Proceedings of the Seventeenth International Offshore and Polar Engineering Conference*, 2007, pp. 3013-3022

"Predictive FEA Modeling of Pressurized Full-Scale Tests," K. Minnaar, P. Gioielli, M. Macia, F. Bardi, N. Biery, W. Kan, in *Proceedings of the Seventeenth International Offshore and Polar Engineering Conference*, 2007, pp. 3114-3120

"Recent Advances in Curved Wide Plate Testing and Implications for Strain-Based Design," D.P. Fairchild, W. Cheng, S.J. Ford, K. Minnaar, N.E. Biery, A. Kumar, and N.E. Nissley, *International Journal of Offshore and Polar Engineering*, 2008, pp. 161-170

"Strain-Based Pipelines: Design Consideration Overview," W.C. Kan, M. Weir, M.M. Zhang, D.B. Lillig, S.T. Barbas, M.L. Macia, and N.E. Biery, in *Proceedings of the Eighteenth International Offshore and Polar Engineering Conference*, 2008, Vol. 4, pp. 174-180

## Patents

"Butt Weld and Method of Making Using Fusion and Friction Stir Welding," U.S. Patent No. 7,874,471, January 25, 2011, Douglas Paul Fairchild, Steven Jeffrey Ford, Amit Kumar, Nathan Eugene Nissley, Nicholas E. Biery, and Mario L. Macia

**TESTIMONY LOG**
Nicholas E. Biery, Ph.D., P.E.

| Case Caption | Type | Date | Venue | Court No. |
|---|---|---|---|---|
| Great Northern Insurance Company, et al. v. BMW of North America LLC, et al. | Deposition | 2/5/2014 | United States Distruct Court for the Southern District of Ohio | 2:11CV1153 |
| Worthington Cylinder Corp., v. Schrader-Bridgeport International Corp., et al. | Deposition | 12/6/2013 | United States District Court for the Southern District of Ohio Eastern Division | 2:12-cv-554 |
| Ohio Wesleyan University v. DeFargo Sports Surfaces, Inc. n/k/a Beynon Sports Surfaces, Inc., et al. | Deposition | 3/18/2013 | The Court of Common Pleas, Delaware County, Ohio | 11 CVH 10 1234 |
| Gol Transportes Aeroes, S.A. v. Doyle Transportation, Inc. | Trial | 4/12/2012 | Court of Common Pleas, Adams County, Ohio | CVH 20100281 |
| William Glenn, Jr. v. Ronald Mason, et al. | Deposition | 3/8/2012 | Jefferson Circuit Court Division Nine (9) | 09-CL-004297 |
| Jeremy and Amanda Grove; Bradley D. and Michelle L. Clark; Larry K. and Melissa Smith v. Manchester Tank & Equipment Co., and affiliate of McWane, Inc., and K.A. Berquist, Inc., an Ohio Corporation | Deposition | 4/26/2011 | Circuit Court for the Central District of Illinois | 07-1263, 07-1268 and 07-1280 |
| Bradley, et al. v. Dollar General, et al. | Deposition | 1/24/2011 | Court of Common Pleas, Fairfield County, Ohio | 2008 CV 01167 |
| Lauretta Harris, Individually, as Personal Representative of the Estate of Roger Harris, Deceased, and as natural mother of next of friend of Ethan Andrew Harris, a minor and, Kathryn Johnson v. Rush Truck Center of Albuquerque, Inc. and Rush Truck Center of New Mexico, Inc. | Trial | 8/18/2010 | Court of Santa Fe First Judicial District Court | D-0101-CV200801072 |
| Lauretta Harris, Individually, as Personal Representative of the Estate of Roger Harris, Deceased, and as natural mother of next of friend of Ethan Andrew Harris, a minor and, Kathryn Johnson v. Rush Truck Center of Albuquerque, Inc. and Rush Truck Center | Deposition | 7/1/2010 | Court of Santa Fe First Judicial District Court | D-0101-CV200801072 |
| Mark Lynn Bruner v. Cedarapids, Inc. and Allied-Locke Industries, Inc. | Deposition | 10/16/2009 | United States District Court for the Northern District of Texas Dallas Division | 3-08CV1163-M |

**TESTIMONY LOG**

Nicholas E. Biery, Ph.D., P.E.

S·E·A Scientific Expert Analysis

| Case Caption | Type | Date | Venue | Court No. |
|---|---|---|---|---|
| ExxonMobil Oil Corporation v. AMEX Construction Co., Inc. v. ISCO Industries, LLC and Ambitech Engineeirng Corp. | Deposition | 6/16/2009 | United States District Court Northern District of Illinois Eastern Division | 07 CV 4278 |

S-E-A
7349 Worthington-Galena Road
Columbus, Ohio 43085
614.888.4160 • 800.782.6851
Fax 614.885.8014
www.SEAlimited.com

December 1, 2010

Mr. Frank Micari
Chartis Insurance
32 Old Slip, 21st Floor
New York, New York 10005

Re: **Marine Air Conditioner Coil Failure**
**Chartis File No. 000738**
**SEA Project No. 153897**

Dear Mr. Micari:

As you requested, SEA, Ltd. has conducted an analysis of a leaking marine Air Conditioner coil that arrived at SEA on November 11, 2010. When the package arrived, it contained six pieces of copper and cupronickel tubing and a small quantity of loose debris inside the shipping bag.

The six pieces of tubing included three sections of helically crimped tubing inside an outside tube without inlets or outlets, two sections of tubing with crimped and un-crimped portions that each contained coolant and seawater inlets and outlets, and a short length of un-crimped cupronickel tubing. The cut edges of the inner tubing are light gold in color, consistent with cupronickel tubing with less than 15% nickel, while the cut edges of the outer tubing are copper colored. Holes were present in the outer copper tubing in several locations, and holes were also present in the inner cupronickel tubing near the holes in the outer tubing. The side of the outside tubing adjacent to one hole is abraded, as if by relative motion between the coil and some other piece of metal.

## OBSERVATIONS

The various cut pieces were assembled and confirmed that all parts of the tube-in-tube portion of the coil were present. The coil consisted of approximately one and two-thirds loops. An examination of the assembled portions showed that the largest holes on the outside tubing were aligned when assembled. Based on the photographs provided with the Techton Marine Consulting Inc. reports and the deposits on the outside of the coils, the coil loops were aligned in a vertical plane when installed, and the two largest holes are a few inches below the sections of the coil that contacted the air conditioner housing.

An examination of the holes in the coil indicated that the holes in the inner cupronickel coil are sharp edged, that they occur adjacent to the helical cavity formed by the crimped configuration of the inner tubing, and that they are oblong with their long axis aligned with the crimping. Large debris was found adjacent to the holes in the inner tubing in the shortest section of crimped tube without an attached inlet or outlet; probing of this debris indicated that it was flexible and appeared to be organic. Based on appearance and texture, this debris appears to be portions of plant material, and it partially blocks the inner tube. In addition to this large debris, the inside surface of the cupronickel tubing is coated with a friable layer of light brownish matter. Where this coating has flaked off of the tubing, the underlying surface is dark in some locations and metallic in color in others.

The short section of tubing was placed into the scanning electron microscope (SEM) for additional imaging and analysis. Energy dispersive spectroscopy (EDS) was used to identify the elements comprising the inner tubing, the outer tubing, and the deposits on the inside of the inner tubing. This analysis showed that the inner tubing is a cupronickel alloy with approximately 10% nickel; this composition is consistent with the most commonly used cupronickel alloy for seawater service, UNS C70600, and other alloys of similar composition. The analysis of the outer tube confirmed that it was a copper alloy without nickel. The friable outer coating on the tubing appeared dark in the SEM, indicating that it contained lighter elements as compared to the dark surface which is underneath this coating. EDS indicated that it contained significant amounts of copper, carbon, oxygen, nickel, calcium, nickel, iron, chlorine, silicon, and magnesium (in order of abundance), with sulfur, aluminum, phosphorus, and manganese present at levels below 1%. This composition is consistent with a mixture of corrosion products or scale and marine debris. The surface under this coating, which appears brighter in the SEM and darker in visible light, has higher levels of copper, iron, and chlorine and lower levels of carbon and silicon, indicating that is predominantly corrosion product or scale and not debris.

**ANALYSIS**

The holes in the inner cupronickel must have occurred first, since a leak in the outer copper tubing would simply have lost the coolant without breaching the inner cupronickel tube. Once the inner tubing was breached, the coolant would have been lost to the seawater and the AC unit would have stopped providing cool air. Circulation of seawater in the coolant loop of the AC unit would be expected to cause corrosion and other damage to the compressor and other portions of the AC unit. Additionally, once seawater is present between the inner cupronickel tubing and the outer copper tubing, a galvanic couple is formed which would have preferentially corroded the outer tubing, reducing the corrosion rate in the inner cupronickel tubing and forming the holes which allowed seawater to leak from the coil.

The holes in the inner tubing can be analyzed based upon their appearance and location. If the corrosion were due to a stray current issue, we would expect a significant loss of metal from the entire coil. However, the thickness of the material of the coil is locally reduced in the regions of the holes. If the corrosion had resulted from a galvanic couple, we would expect to see material loss adjacent to the connection and in the less noble or corrosion resistant of the two metals. Prior to the formation of the holes, the largest of which are well into the coil, there are no dissimilar metals in contact and exposed to the seawater. If the holes were formed due to erosion corrosion, we would expect to see them in areas where we have changes in flow, such as adjacent to the inlet or outlet, and not in the middle of the coil.

The presence of the holes adjacent to the cavity formed by the helical crimp, and near soft debris in the tubing, indicates that they formed due to crevice corrosion in stagnant conditions. Unlike ferrous alloys, where crevices are preferentially attacked, crevices in cupronickel alloys are ennobled relative to areas with better flow, forming a local corrosion couple which attacks material adjacent to the crevice. In this case, the inner portion of the tube adjacent to the crimped cavity was attacked due to the lower flow rate in the crimped areas. This was exacerbated by the presence of debris, which would have further reduced exchange of water between the crimps and the inner portion of the tube. The presence of this debris indicates that the seawater flow rate in the coil was too low to carry the debris out of the coil, and in fact, the location of the holes in the portions of the coil where flow changed from horizontal to vertically upward (and where gravity would have encouraged the settling of debris) is consistent with a flow rate that was too low. **The holes in the inner tubing were caused by crevice corrosion resulting from the presence of debris and a lack of sufficient seawater flow in the coil. Once these holes formed, a galvanic couple was formed which resulted in the holes in the outer copper tube and the leak into the vessel.**

Copies of the photograph, SEM micrographs, and EDS analyses have been included with this report.

## CONCLUSIONS

- **The holes in the inner tubing were caused by crevice corrosion resulting from the presence of debris and a lack of sufficient seawater flow rate in the coil.**
- **Once these holes formed, a galvanic couple was formed which resulted in the holes in the outer copper tube and the leak into the vessel.**

SEA, Ltd. hereby certifies the expressed opinions and conclusions have been formulated within a reasonable degree of professional certainty. They are based upon all of the information known by SEA, Ltd. at the time this report was issued, as well as knowledge, skill, experience, training, and/or education.

Report Prepared By:

Nicholas E. Biery, Ph.D., P.E.
Technical Consultant
State of Ohio
Registration No. E-74349

Report Reviewed By:

Robert S. Carbonara, Ph.D.
Senior Analyst

NEB:an
Enclosures

S-E-A
Scientific Expert Analysis™
7349 Worthington-Galena Road
Columbus, Ohio 43085
614.888.4160 • 800.782.6851
Fax 614.885.8014
www.SEAlimited.com

May 6, 2013

Steven E. Goldman, Esq.
Goldman & Hellman
1330 Beacon Street, Suite 314
Brookline, MA 02446

Re: DVD
Chartis File No. 000738
S-E-A Project No. 153897

Dear Mr. Goldman:

Pursuant to your recent request, enclosed please find one DVD containing photographs of S-E-A's coil exam on November 19, 2010.

If S-E-A may be of further assistance, please do not hesitate to contact us.

Sincerely,

Nicholas E. Biery, Ph.D.
Technical Consultant

NEB:sd
Enclosure

**Biery, Nicholas**

| | |
|---|---|
| **From:** | segoldman@aol.com |
| **Sent:** | Monday, May 06, 2013 12:08 PM |
| **To:** | Biery, Nicholas |
| **Cc:** | frank.micari@aig.com; Frank.Micari@chartisinsurance.com |
| **Subject:** | Re: SEA Project No. 153897; Chartis File No. 000738 |

Many thanks.

I would expect Mr. Micari to forward his approval and instructions ASAP. I would also expect that Mr. Micari will furnish guidance with respect to where your invoicing is to be directed from now on.

I would respectfully request that you forward to me at my below address in Brookline a DVD with all photos at full resolution, along with the other materials referenced in your report which I have requested.

Your instructions and requirements regarding deposition are acknowledged.

I will now await receipt of the said materials, and I will be back in touch again just as soon as your further assistance is required.

Again, my sincere thanks.

Regards,

SEG

Steven E. Goldman, Esq.
Goldman & Hellman
1330 Beacon St., Suite 314
Brookline, MA 02446
Tele. (617) 566-4200
Fax (617) 566-4292

-----Original Message-----
From: Biery, Nicholas <nbiery@sealimited.com>
To: segoldman <segoldman@aol.com>
Cc: frank.micari <frank.micari@aig.com>; Micari, Frank <Frank.Micari@chartisinsurance.com>
Sent: Mon, May 6, 2013 11:53 am
Subject: RE: SEA Project No. 153897; Chartis File No. 000738

Mr. Goldman,

I am copying Mr. Micari at the address I have on file to obtain approval to transmit the requested information to Mr. Goldman. I ask that Mr. Micari send me formal approval via email to transmit a copy of these materials, as he is my client contact of record. Please also let me know if the billing for this project needs to be changed for this and future work on this case, or if bills should continue to be sent to Chartis Insurance to the attention of Mr. Micari.

I have asked my administrative assistant to pull my file from storage so that I can access the materials requested. Normally, when I send photographs to a client with a report they are full resolution copies on a DVD, which in this case will likely be 5MB per photo for the standard photographs, and a similar size for the SEM photographs. To send more than one or two photographs by email will require a large number of emails, as there are likely several dozen photographs. Please let me know if you would prefer to have lower resolution copies sent in a small number of emails, or to have a disk with all of the data sent by mail. Once I have approval from Mr. Micari, I will send the requested materials in the format you prefer.

I am certainly available for deposition, though my calendar is quite busy right now and I will need some lead time to identify appropriate dates. Also, we require payment in advance for depositions if the opposing party is paying. My time is billed at $305/hour for all activities, including depositions; the attorney deposing me will need to bring a check payable to S-E-A Limited for the time of the deposition or make alternate arrangements with S-E-A. If you are paying for the depositions of your experts, then please send an email or letter confirming such in advance of the deposition.

I look forward to working with you on this matter. Please let me know if you have any other questions or comments.

Regards,

Nick

**Nicholas Biery**
Materials Science & Engineering

800.782.6851 Office
614.824.0622 Cell
www.SEAlimited.com

---

**From:** segoldman@aol.com [mailto:segoldman@aol.com]
**Sent:** Monday, May 06, 2013 10:25 AM
**To:** Biery, Nicholas
**Cc:** frank.micari@aig.com
**Subject:** SEA Project No. 153897; Chartis File No. 000738

Good morning again, Dr. Biery.

Per our brief telephone conversation of a few moments ago, I am involved in a litigation concerning whether there is coverage under a marine insurance policy issued by Chartis to a Florida-based insured named IAG LLC. Attached is a copy of your report dated December 1, 2010 which was submitted to Mr. Micari of Chartis Marine Adjusters.

I am respectfully requesting that you provide me with copies of the materials referenced at Page 3 of your report, just before the CONCLUSIONS, specifically any and all photographs, SEM micrographs and EDS analyses which were apparently appended to your report but which I do not have in my possession.

Please respond to me via e-mail if possible, but if not please note my mailing address in Brookline, Massachusetts below.

I am quite certain that the insured's attorney will be seeking to schedule you for deposition at some point in the not too distant future, and any such deposition would take place at your office. I will therefore look forward to receiving your response to my instant request at your earliest convenience, and then to making your personal acquaintance in due course.

Many thanks.

Regards,

SEG

Steven E. Goldman, Esq.
Goldman & Hellman

1330 Beacon St., Suite 314
Brookline, MA 02446
Tele. (617) 566-4200
Fax (617) 566-4292

**AEGI** *Applications Engineering Group, Inc.*

*Consulting Engineers and Scientists*

May 28, 2014

Michelle M. Niemeyer, Esquire
2665 South Bayshore Drive
Suite 220
Miami, Florida 33133

Re: IAG, LLC v National Union Fire Insurance Co. of Pittsburgh, PA
AEGI File: 0113-001-1364

Dear Ms. Niemeyer:

On August 29, 2013, Applications Engineering Group, Inc. (AEGI) was requested to conduct a preliminary investigation of a partial sinking of a 2004 Marquis 59 motor yacht named "It's All Good" (Vessel), that occurred on August 13, 2010. It was reported that the sinking occurred as a result of a leak in a Cruiseair SXF5/1-RMT Serial Number C04-SF00287 Air Conditioning Unit (Subject A/C Unit), from the sea water cooled condenser. AEGI was specifically requested to perform several tasks including: Inspect the Vessel, test various systems, and evaluate the factors that led to the partial sinking. AEGI was also requested to examine the previously removed evidence and reports of other experts.

In this investigation, AEGI performed the following:

- Inspected the Vessel and tested various components;
- Reviewed the Campbell Vessel Survey Dated April 20, 2006;
- Reviewed photographs of the Vessel (Becker Pictures 001-202 taken April 20, 2006);
- Reviewed the Techton Marine Consulting, Inc. Final Physical Damage Survey report dated September 17, 2010.
- Reviewed photographs (DSCN0542-0590), imbedded data indicates they were taken September 30, 2011;
- Reviewed the repair estimate from Embree Marine, dated September 15, 2010,
- Reviewed Precision Marine photographs
- Reviewed SEA, Ltd. report dated December 1, 2010.
- Reviewed Chartis Marine Adjusters, Inc. coverage denial letter dated December 10, 2010;
- Reviewed photographs (DSCN0805-0839), imbedded data indicates they were taken on October 14, 2011.
- Reviewed various Vessel purchase/maintenance/equipment documents/invoices;
- Reviewed photographs dated November 19, 2010 by SEA, Ltd. (153897_001 to 084) and images dated November 23, 2010 (153897_085 to 092).

It is AEGI's understanding that the ship's captain operated the Vessel on August 10, 2010 and upon return, the Vessel was secured in its slip. At approximately 10:00 AM on August 13, 2010, the owner was notified by the Marina and subsequently by the captain, that the Vessel was partially submerged.

The Vessel was inspected by AEGI Principal Scientist, Peter D. Layson on September 5, 2013. The Subject A/C Unit had been removed and the condenser coil of the Subject A/C Unit had

been removed. AEGI was given custody of the Subject A/C Unit including five sections of the condenser coil; the aft bilge pump, Model RULE 2000, and associated float switch, model, Rule-a-Matic; a section of the forward bilge pump power supply wiring; the sump, Model RULE 800, for the A/C units and sink.

Maintenance logs, Becker Documents 000473-482 (7/7/06 to 6/9/09) and Becker Documents 000579-580 (12/2/09-7/6/10) were reviewed. Work performed on the seawater cooling system include a December 3, 2009 entry that "Precision Marine (Mike) acid flushed all A/C coils and cleaned units" and a June 2, 2010 entry "cleaned strainers and A/C Filters, ran engines for 1 hr".

Techton Marine Consulting, Inc. Final Physical Damage Survey report dated September 17, 2010 was reviewed. The leak in the Subject A/C Unit was discovered but no other sources of leakage were found. The report noted that the A/C sea water pump was rated at 4700 gallons per minute (gpm) and the bilge pump was rated at 2000 gpm. Mr. Techton concluded that the cause of the loss was the Subject A/C Unit evaporator coils had experienced salt water corrosion over time resulting in the leaks and the 2000 gallon per hour bilge pump could not keep up with the water incursion.

The SEA, Ltd. report dated December 1, 2010, was reviewed. It documented examination of the condenser coil sectioned from the subject Subject A/C Unit. The condenser coil, as received, consisted of 6 pieces, according to the report; however, only 5 are depicted in the photographs. The sections were aligned and the two largest holes were a "few inches below the sections of the coil that contacted the air conditioner housing". It was concluded that the holes in the inner tube were caused by crevice corrosion in low flow areas exacerbated by a buildup of organic debris. It further stated that the presence of debris indicate that the flow rate within the inner tube was too slow.

Photographs (153897_001 through 092), taken November 19 through 23, 2010, appear to depict the SEA Ltd. inspection of the condenser coil pieces.

Photographs (DSCN0542-0590), show a date taken of September 30, 2011. They depict an inspection of the Vessel in which the Subject A/C Unit was removed from the Vessel. Interference with the aluminum cover was removed to expose the condenser coil. There was some cleaning performed on the condenser coil.

Photographs (DSCN0764-0766), show a date taken of October 11, 2011. They depict what appeared to be a new A/C unit exemplar to the subject A/C Unit.

Photographs (DSCN0805-0839), show a date taken of October 14, 2011. They depict the Subject A/C Unit off the Vessel, but intact. There was a test being conducted to determine the flow of water from the unit in a bench test and also show the condenser coil was removed and sectioned into several pieces.

The chronology of the photographs was difficult to follow since the imbedded data showed photographs, which had to have been taken in the late fall of 2010, but showed a date taken in fall of 2011. Nonetheless, it is clear that the Subject A/C Unit had been removed from the

Vessel, the condenser coil removed from the cooling unit and sectioned into 5 or 6 pieces, prior to November 11, 2010, when SAE, Ltd. reported they received the sectioned condenser coil.

The preliminary vessel inspection performed by AEGI on September 5, 2013 revealed that the Subject A/C Unit had been removed from the crew area leading into the engine room. Inspection of the dewatering pumps located in the crew area/aft engine room and the forward engine room revealed the following: The Rule 800 gallons per hour (gph) sump pump for the removal of condensation produced by the Subject A/C Unit was found to be inoperative. The crew area/aft engine room bilge pump and the forward engine room bilge pump were both identified as Rule 2000 gph units. Both pumps were tested and found to be operational. The float switches associated with each of these bilge pumps were tested and found to be operational. A visual inspection of the AC and DC electrical systems were performed, but due to time constraints, the inspection was cursory.

Subsequently, AEGI was requested to perform several calculations, as follows:

1. The potential leak rate from the penetrations in the Subject A/C Units condenser coils.
2. The flow rates in the cooling water system for the A/C units, to determine if the flow was excessive or if the cooling water pump was properly sized.
3. The amount of water that the Vessel would have to take on for the Glendenning portals to sink below the waterline, thereby leading to the partial sinking of the Vessel.

In the investigation, the following items were performed:

- On May 5, 2014, the penetrations in the outer tube of the condenser coil were documented and measured using stereo and scanning electron microscopy.
- Reviewed the A/C cooling water piping diagrams generated by Mr. Steven Hebert on May 9, 2014.
- Reviewed specifications for the A/C system cooling water pump.
- Reviewed specifications for a Marquis 59.

The sea water system for the A/C units was modeled using an Excel spreadsheet to calculate the head at entrance to the condenser of the Subject A/C Unit. Standard head loss data was used for fittings and piping. The loss through each of the four condensers was calculated based on manufacture data. The result showed the flow rate through the pump was approximately 29 gallon per minute (gpm). The flow rate through the Subject A/C Unit was excessive at over 4 times the manufactures recommended flow rate of 1.5 gpm. The dimensions of the inner tube were measured and the cross-sectional area was calculated. Based on the calculated cross-sectional area, the average flow velocity was calculated at nearly 14 feet per second, which exceeded recommended maximum flow velocity based on tube erosion. The flow in the other A/C units were appropriate. The head produced by the pump was approximately 26 feet for that flow rate. The sea water pump appears to be appropriate for the application. The pressure at the inlet to the Subject A/C Unit condenser was calculated at approximately 23 feet.

Based on the above, the maximum leak rate for the penetrations in the Subject A/C Unit outer condenser tube was calculated. The assumptions included an over-estimate of the hole sizes, and no pressure drop through the penetrations on the inner condenser tube. There were no

allowances made for the proximity of the hole to the adjacent panel; therefore, the calculation is an absolute maximum. Using reasonable engineering assumptions, the maximum flow rate from the Subject A/C Unit was calculated at less than 15 gpm. More detailed analyses would be expected to show that this is a substantial over-estimation.

The published flow rate for the aft bilge pump at 6.7 feet of head and 13.6 Volts is 1300 gallons per hour or 21.67 gpm. It should be noted that there were limber holes between bilge bulkheads, so additional bilge pump capacity was available for this leak, including another bilge pump with similar capacity as the aft bilge pump.

The height of the Glendenning portals above the water line was estimated from photographs of the Vessel and various sister vessels to be approximately 2.4 feet above the water line. Since the flooding is in the rearward compartments, the displacement change was calculated based on a wedge 40 feet long, 16.41 feet wide (beam width), and 2.4 feet deep. The calculated displaced water volume was 7365 gallons. That is equivalent to a leak rate of 5.11 gpm for one 24 hour period, 2.56 gpm in one 48 hour period, and 1.7 gpm in one 72 hour period.

The inspection and analysis was conducted in accordance with ASTM E860-07, "Standard Practice for Examining and Testing Items That Are or May Become Involved in Litigation".

Based on the foregoing investigation and preliminary analysis, to a reasonable degree of scientific and engineering certainty, AEGI concludes the following:

1. Due to the removal and sectioning of the Subject A/C Unit prior to AEGI's inspection, an actual leak rate of the system as a whole could not be performed.

2. Both the crew area/aft engine room 2000 gph bilge pump and the forward engine room 2000 gph bilge pump were tested and found to be operational.

3. The flow rate from the penetrations in the Subject A/C Unit condenser was less than 15 gpm.

4. The flow from the Subject A/C Unit condenser leak was substantially less than the capacity of the aft bilge pump, had it been operating. There was at least one additional bilge pump of the same capacity available to dewater leakage in the aft bilge.

5. The net flow rate of water into the Vessel to cause the partial flooding in 24 hours would be approximately 5.11 gpm.

6. The pump providing sea water to the A/C unit condensers appears to be appropriately sized.

7. The flow rate in the subject unit condenser, was well above design and exceeded the maximum recommended flow velocity for the inner tube.

AEGI appreciates the opportunity to have been of assistance. Should you have any further questions or require additional analysis please feel free to contact us at (904) 249-1718.

Sincerely,
Applications Engineering Group, Inc.

Peter D. Layson
Principal Staff Scientist

Orion P. Keifer, P.E.
Principal Mechanical Engineer

**Nicole Surprise Freeman**

| | |
|---|---|
| **From:** | Biery, Nicholas [nbiery@sealimited.com] |
| **Sent:** | Thursday, November 20, 2014 9:08 AM |
| **To:** | Nicole Surprise Freeman |
| **Subject:** | Fw: IAG, LLC v. Nat'l Union |
| **Attachments:** | CCF06032014_0002.pdf |

Ms. Freeman,

I would like to have the email below printed, as well as the attached file. Thank you for your assistance.

-Nick Biery
Booking Number 45097661

Sent from Surface

**From:** Nicholas Biery
**Sent:** Tuesday, June 3, 2014 3:23 PM
**To:** segoldman@aol.com

Mr. Goldman,

Per our discussion, the following is a written summary of my thoughts after review of the Plaintiff reports:

1. There are six sections present in my photographs, and they are verbally described in the text of my report – it is incorrect to report that only 5 sections are shown. In photograph 153897_006 and _007, the small section of cupronickel tube (that is later shown in _074) is "stacked" on the end of another section and appears to have been missed in cursory examination of the photographs.
2. I continue to believe that the corrosion was due to crevice corrosion and not due to erosion corrosion or impingement attack. The high velocities calculated by AEGI and needed to produce erosion corrosion should also be high enough to prevent deposition of the light debris observed (which included organic plant matter and fine inorganic debris). Furthermore, it normally requires a significant change in diameter or a real partial blockage to produce localized erosion corrosion due to turbulent flow in the center of a pipe of constant cross section, and there is normally a characteristic appearance to erosion-corrosion or impingement attack that was not present here (it generally produces horseshoe shaped pits in the area of turbulent flow, which were not observed in my examination of the components nor reported in the Plaintiff reports).
3. The quote on crevice corrosion in the article referenced on page 14 of the Ward's report goes on to state "The mechanism is a metal ion concentration cell type and is different to that occurring in stainless steels as any corrosion occurs outside the crevice. Copper ions, which are released by surface reactions within the crevice, are not swept away and concentrate there. The area within the crevice becomes more noble than either the mouth of the crevice or the adjacent exposed region. The resulting corrosion occurs adjacent to the crevice, and tends to be shallow in nature." This is an excellent description of the damage observed in the cupronickel piping in this case. Note that this article further states that "Minimum flow rates of more than 1m/s are usually preferred to avoid sediment build-up", indicating that the flow rates calculated by AEGI should have been sufficient to prevent the deposition of the sediment observed if they are correct.
4. S-E-A has not checked the calculations done by AEGI – to do so, it would be necessary to review the spreadsheet apparently used by AEGI to calculate them as S-E-A does not have all of the data necessary to replicate the analysis. If this issue is important, then I recommend obtaining the spreadsheet for review by S-E-A. Note that the Ward's report diagram appears to show only 3 total compressors (p11), while the AEGI report

Tele. (617) 566-4200
Fax (617) 566-4292

upon oral examination before **Goudreau Court Reporting Service, Inc.,** Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Massachusetts. The oral examination will continue from day to day until completed. The depositions are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

The deponent is requested to be produce at the above-noticed depositions all documents in his possession responsive to the categories listed in Addendum "A."

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail this 14th day of November, 2014, upon counsel for Defendant, Steven Goldman, Esq., Goldman & Hellman, P.A., 800 SE 3rd Avenue, 4th Floor, Fort Lauderdale, FL 33316, segoldman@aol.com.

*s/ Michelle Melin Niemeyer*
MICHELLE MELIN NIEMEYER
Florida Bar No.: 119628
Michelle M. Niemeyer, P.A.
2665 South Bayshore Drive, Ste 700
Miami, FL 33133
Telephone: (305) 443-1818
Facsimile: (305) 443-8368
MNiemeyer@paymyclaim.com

**ADDENDUM "A"**

1. All written communications between you or other employees of SEA and any other person or entity regarding your work as an expert witness related to the partial sinking of the vessel, "It's All Good."
2. Any and all notes maintained by you and related in any way to the opinion rendered by you regarding the partial sinking of the vessel, "It's All Good."
3. All materials reviewed by you or otherwise relied upon by you in rendering your opinion as an expert witness with respect to the partial sinking of the vessel, "It's All Good."
4. Any written contract of retention or other written documentation related to your retention as an expert with respect to the partial sinking of the vessel, "It's All Good."

**Techton Marine Consulting, Inc.**

**From:** "Micari, Frank" <Frank.Micari@chartisinsurance.com>
**Date:** Tuesday, November 09, 2010 9:05 AM
**To:** "'Techton Marine Consulting, Inc.'" <techtonmarine@tampabay.rr.com>
**Attach:** 000738 Instructiions to SEA.doc
**Subject:** OUR FILE 000738, IAG, LLC & PAUL BECKER, 2004 60' CARVER MARQUIS, "ITS ALL GOOD" FAILURE OF A/C EVAPORATOR UNIT

Dear Sam,

Further to our recent conversation and exchange of email please be advised that we have chosen SEA Limited to perform the forensic examination of the copper coil components from the evaporator unit. Therefore please arrange to retrieve the components from Embree Marine and forward them via FedEx to the following location and received.

SEA Limited
7349 Worthington-Galena Road
Columbus, Ohio 43085

Attention: Mr. Nick Biery
Phone: 614-888-4160

Please print and include the attached correspondence into the box with the components. Thank you for your assistance. Please hold your file open as we be submitting further instructions.

Regards,

Frank P. Micari
Assistant Claims Manager
Chartis Marine Adjusters, Inc..
32 Old Slip, 21st Floor
New York, New York 10005
Phone: 646-857-2048
Fax: 646-857-2052
Email: frank.micari@chartisinsurance.com

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

**Biery, Nicholas**

---

**From:** Micari, Frank [Frank.Micari@chartisinsurance.com]
**Sent:** Tuesday, November 02, 2010 8:18 AM
**To:** Biery, Nicholas
**Subject:** OUR FILE #000738, INSURED: IAG, LTD. , 2004 CARVER MARQUIS, PARTIAL SINKING, FAILED A/C EVAPORATOR UNIT, DOL: 8/13/2010 ST. PETERSBURG, FL
**Attachments:** 100_0162.jpg; 100_0165.jpg; 100_0171.jpg; 100_0177.jpg; 100_0179.jpg; 100_0180.jpg; 100_0181.jpg; 100_0193.jpg; 100_0194.jpg; 100_0198.jpg; 100_0202.jpg; 100_0208.jpg; 100_0211.jpg; close up of tubes.jpg; Holes in copper tubes.jpg; Numerous holes.jpg

Dear Mr. Biery,

Further to our conversation of today I have attached copies of various photographs of the failed unit and piping which was partially disassembled during our initial investigation. The failure of the copper tubing resulted in the partial sinking of the vessel. The inner copper tubing is the tube through which raw salt water flowed and the outer tubing was where the refrigerant flowed.

At this point in our investigation we are curious as to the cause of the failure of the inner and outer tubing. The primary elements involved are salt water, electricity, and copper tubing. Additionally the cooling fins appear to be aluminum and the outer shield of the unit appears to be painted steel.

Please provide me with a rough outline as to what will be needed to be performed to diagnose the cause of the failure of the tubing, the projected cost, and time frame from the pint when the components arrive at your door. Additionally do we need to send the entire evaporator unit or will the tubing in question suffice? One last thought, short of formal testing is there enough evidence in the photographs to enable you to offer an opinion as to the cause of the tube failure?

I look forward to your comments.

Regards,

Frank P. Micari
Assistant Claims Manager
Chartis Marine Adjusters, Inc..
32 Old Slip, 21st Floor
New York, New York 10005
Phone: 646-857-2048
Fax: 646-857-2052
Email: frank.micari@chartisinsurance.com

4 gpm / ton (12,000 BTU/hr)
1.7 gpm

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

Conflict Check Form Page 1 of 1

153897

## Conflict Check Form

To: Accounting
Date: 11/3/2010

From: ABBEY NOBLE
Office: COLUMBUS

Client Name: CHARTIS INSURANCE

Client/Carrier:

Type of Loss: MARINE AC COIL

Date of Loss: 08/13/2010

Location: N/A (Street Address)

ST. PETERSBURG, FLORIDA (City/State)

Insured: IAG, LTD.

Claimant:

Plaintiff:

Defendant:

Co-Plaintiff:

Co-Defendant:

Other vehicle occupants:

Tenants:

Client Counsel:

Opposing Counsel:

Claim #, File # & Case Name:
FILE NO. 000738

Who do we represent?
CHARTIS INSURANCE

Other parties involved: (Insurance co., Law Firm, etc.)
2004 CARVER MARQUIS

Conflict Check Conducted by:
PC 11/03/2010 89350

Conflict Check Results:
NO MATCHES

Notes:
NEB




10-173-1 111810A SEM, EDS 15 KeV
EDS of cut surface on inner tubing




10-173-2 111810A SEM, 15 X 15 KeV BSI
SEM image of cut tube end.




10-173-3 111810A SEM, EDS 15 KeV
EDS of cut surface on outer tubing




10-173-4 111810A SEM, 26 X 15 KeV BSI
SEM image of ID of inside tube.




**10-173-5** 111810A SEM, EDS 15 KeV
EDS of light area shown in 10-173-4.




**10-173-6** 111810A SEM, EDS 15 KeV
EDS of dark area shown in 10-173-4.

Tele. (617) 566-4200
Fax (617) 566-4292

# APPLICATION OF COPPER-NICKEL ALLOY UNS C70600 FOR SEAWATER SERVICE

Wilhelm Schleich
KM Europa Metal AG
Klosterstr. 29
49074 Osnabrück
Germany

## ABSTRACT

Over several decades, many thousand of tons of the copper-nickel alloy UNS C70600 have been used as a seawater piping material in marine engineering. In order to provide reliable service performance of the material, this paper discusses its metallurgical properties, the relevant mechanisms of general, localized and erosion corrosion, the unique biofouling resistance and the performance in polluted water. The guidelines for the production of UNS C70600 products, the design of pipe work, the limits of the alloy and useful service recommendations are outlined.

Keywords: UNS C70600, corrosion resistant alloys, seawater, piping systems, service recommendations

## INTRODUCTION

The choice of an appropriate material for seawater service is a difficult decision that has to be made by a designer prior to specification of the system. Since a broad range of conditions will usually be imposed on the piping material, the impact of seawater on material performance is determined by numerous variables such as condition of the material, system design, fabrication procedure, various seawater temperatures and flow regimes, biological activity, and presence of oxidizing compounds. Further factors that are relevant in choosing a material for a seawater piping system are: physical and mechanical properties, availability, material costs, ease of fabrication and maintenance, anticipated design-life and previous design experience.

Over several decades, many thousand of tons of the copper-nickel alloys UNS C71500 and UNS C70600 have been installed in different marine engineering structures for the shipbuilding, offshore, power and desalination industries. These alloys, which have been applied for seawater piping and heat exchangers, are adopted by various standards. UNS C71500 is predominantly used for military submarine service due to its higher strength and maximum allowable flow rate, as well as low magnetic permeability. However, the wider commercial application of this alloy is limited to a certain extent because of its higher material cost. The work-horse, therefore, is the UNS C70600 (CuNi 90/10, cupronickel). This alloy reveals a well-balanced combination of characteristics allowing its widespread and economical use. To ensure the further reliable application of the material, there is a need for a detailed discussion on its properties. In particular, attention should be drawn to the quality of CuNi 90/10 products, the performance in waters containing hydrogen sulfide and the prevention of erosion as well as galvanic corrosion.

This paper is based on a literature review and experience of KME as a manufacturer of copper-nickel piping systems. It describes the relevant corrosion mechanisms and provides useful service recommendations particularly for UNS C70600.

## CORROSION AND BIOFOULING RESISTANCE

### *Metallurgical considerations*

Copper and nickel have similar atomic radii and lattice parameters and so the phase diagram is relatively simple (Figure 1)[1]. At all temperatures, Cu-Ni alloys are represented by a single phase face centered cubic structure. The absence of phase transformation during thermal cycles reduces the effect of welding on mechanical characteristics and the corrosion resistance of the material. This crystallographic structure reveals very good ductility and impact strength even at temperatures well below freezing point. The slow diffusion rate for nickel in copper leads to concentration gradients in the melt and consequently increases a segregation tendency in the cast structure at normal cooling rates (Figure 2). Thus, to provide a uniform establishment of protective oxide layers, the homogenization of the segregated structure is required by hot forging or cold working with a subsequent recrystallisation anneal.[2]

Table 1 compares the common international compositional standards for cupronickel. Some specifications monitor more strictly the iron content which is an essential alloying element and responsible for the improvement in corrosion resistance of the alloy. The alloying range between 1,5 and 2,0 wt.% Fe provides optimum resistance in flowing seawater (Figure 3)[3]. To provide the appropriate quality of cupronickel products, the cooling rate from the solution annealing temperature must keep the precipitation of iron containing particles to a minimum. The quality of the piping can be easily assessed by measurement of the relative magnetic permeability, which should be lower than 1.5.[4] As for all metallic materials, if the CuNi 90/10 has to be welded, the maximum limits for some impurities such as lead, sulfur, carbon, and phosphorus should be carefully controlled.

As a confirmation of above considerations, Figure 4 illustrates one of many weld necks installed on an offshore unit operating off the coast of South America. A great number of weld necks downstream valves and pumps suffered corrosion attack. The system was operated at ambient temperature and at a flow rate below 3,5 m/s. The cross-section of the weld neck shows a cast structure. The chemical analysis of the weld neck revealed the presence of 0.952 % Fe, 0.012 % Mn, and 0.087 % S.

### *General Corrosion*

The corrosion behavior of copper-nickel depends on the presence of oxygen and other oxidizers because it is cathodic to the hydrogen electrode. During the primary corrosion reaction, a cuprous oxide film is produced that is predominately responsible for the corrosion protection. The products of corrosion reactions can react with compounds in seawater e.g. to $CuCl_2 3Cu\cdot(OH)_2$ or $Cu_2(OH)_3Cl$ and in so doing build a multi-layered oxide structure. The corrosion rate quickly decreases significantly over a few days, with one study indicating that the associated discharge of copper ions was reduced tenfold during 10 min and 100-fold in the first hour.[5] The long-term general corrosion rates of UNS C70600 have been found to continuously decrease with time of exposure to below 2.5 µm/yr.[6] However, establishment of a mature film takes from 2[7] to 3[5] months at temperatures of 15-17°C. At 27°C, common inlet temperature for the Middle East, the establishment of the protective film within a few hours was reported.[8] In spite of a wide utilization of cupronickel, the positive effect of the seawater temperature[9] is still not well understood and more research is required on this area.

It is important to ensure appropriate formation of the protecting film and, thus, to avoid premature failures. The following recommendations work well during hydrotesting and commissioning:

- The system should be cleaned from dirt, lubricants and debris. Introduction of solid matter should be avoided by installation of strainers or screens.
- The usage of clean seawater or fresh water for hydrostatic testing is advisable. If polluted water has been used, it should be disposed and the pipe work should be rinsed properly with clean seawater or fresh water. If subsequent stagnant conditions are expected, blow-drying of the system is advisable.
- During commissioning of a new or retubed system, continuous exposure to clean seawater for up to 3 months, depending on water temperature, is needed to establish a mature protective film.
- A system with continuous pumping activity, such as a cooling system, can be commissioned under normal operating conditions. In seawater and water containing high levels of suspended matter, the minimum flow rate should not be below 0.5-1 m/s in order to prevent the formation of deposits.
- The commissioning of a system with intermittent flow, such as a fire fighting system, should be conducted in seawater free from suspended matter, e.g. in water from the open sea. However, the seawater has to be replaced by oxygenated seawater within 4-5 days to avoid putrefaction.[10]

### *Biofouling*

The bacteriostatic properties and resistance of cupronickel to macrofouling are well recognized and widely used.[11] There are two different aspects to which these characteristics can be attributed:

On the one hand, there is a gradual release of cuprous ions that is not tolerated by many marine organisms. It has been shown, that the establishment of a bacterial layer on the surface of cupronickel is significantly retarded. The natural corrosion rate of cupronickel is sufficient to decelerate the initial development of the biofouling layer.

On the other hand, the cupronickel generates a passive film, which consists of several different layers. A thin cuprous oxide layer, which is formed on the bulk metal, provides sufficient corrosion resistance. The top layers, which are formed during secondary corrosion reactions, have a weakly adherent porous structure which reduces the release rate of cuprous ions. This may allow some organism settlement to take place on the surface in quieter conditions although, due to weak the adherence of the top layers, biofouling sloughs off periodically revealing the protective inner cuprous oxide layer again.

Figure 5 compares the appearance of cupronickel and steel plates exposed under similar conditions.[12] The significant difference in the accumulation of biological mass on steel samples is evident. Costly cleaning procedures and chlorine treatment of seawater become unnecessary. However, it has been widely recognized that, if cathodically protected, the biofouling resistance of cupronickel is decreased.

### *Localised Corrosion*

In clean natural seawater or in seawater chlorinated to levels sufficient to control the biological metabolism, UNS C70600 is resistant to localized attack. Due to its biofouling resistance, the number of potential sites for pitting attack is limited, even in slowly moving seawater. However, in polluted water containing hydrogen sulfide, pitting usually takes place in the form of wide and shallow pits. The undercut type of pitting attack normally associated with stainless steel is not common for CuNi 90/10.

Only a limited amount of information is available on failures of copper-nickel due to crevice corrosion.[13] Theoretically, the crevice corrosion behavior of the alloy is generally controlled by an ion concentration cell mechanism where the accumulation of copper ions in the crevice leads to ennoblement. Thus, if encountered, the corrosion attack would tend to take place in the region adjacent to the crevice, which is exposed to the bulk water.

Under-deposit corrosion is really crevice corrosion beneath deposits. There is a tendency for deposition of suspended matter at flow rates below 0.5-1 m/s. Cupronickel performs well as a material for fire fighting systems with predominantly quiet conditions. However, if the region under deposits become anaerobic, contributing to the establishment of sulfate reducing bacteria, the situation can become critical.

Since, stagnating conditions should be avoided in seawater containing high levels of suspended particles or biological matter; it is advisable to use the water from the open sea in stand-by systems. In addition, the frequent refreshment of seawater is preferable at least once every 4-5 days. The chlorination of seawater could improve the water quality by control of microbiological activity. During prolonged shutdown periods of the plant, it is recommended to rinse the system with clean seawater and keep it dry.

### *Effect of Polluted Water*

Most accelerated corrosion problems and premature failures of UNS C70600 have been related to the activity of sulfate reducing bacteria (SRB) and presence of hydrogen sulfide originating from biochemical reactions. It was demonstrated[14] that in seawater containing no sulfide, the free corrosion potential of cupronickel lies on the noble side of hydrogen evolution. In the presence of sulfide, however, the corrosion potentials are shifted to negative values. Therefore, hydrogen evolution becomes possible as a part of the cathodic reaction. Sulfur can be reduced to sulfide at the cathodic site. The elemental or colloidal sulfur contained in seawater may be reduced to sulfide. $HS^-$ reacts with $Cu^+$ and produces a non-protective black cuprous sulfide which is poorly adherent and results in enhanced probability of erosion attack.

Eiselstein et al[15] demonstrated that samples pre-exposed to aerated water corroded much slower even than fresh material in aerated polluted water. This indicated that corrosion films formed in sulfide-free

environments offered some protection against accelerated attack although not longer than for three days. Finally, samples pre-exposed to aerated polluted and then exposed to aerated unpolluted water were re-passivated in less than five days. In contrast, Kirk and co-worker[16] reported that protective films formed on cupronickel during four months exposure to clean seawater provided nearly total corrosion immunity in seawater containing up to 0.5 ppm $H_2S$.

From general experience, UNS C70600 installed on offshore systems or seagoing vessels provides sufficient resistance to sulfide induced corrosion. However, it is desirable to replace the water in systems with stagnating conditions every 4-5 days with oxygenated clean seawater. For ships, it is recommended to fill the system with clean seawater prior to entering, while within and when leaving the harbor. Care should be taken if there is a risk of prolonged exposure to sulfide polluted water as is commonly the case in harbors and brackish water.

It has been recognized that the presence of $Fe^{2+}$ in seawater, which originates from additions of ferrous sulfate ($FeSO_4$) or installation of stimulated iron anodes, can reduce the extent of sulfide induced corrosion.

It was indicated[17] that protection was due to establishment of a protective film consisting primarily of lepidocrocite ($\gamma$-FeO·OH). Two possibilities for film formation were suggested: lepidocrocite was electrophoretically deposited on the surface from $\gamma$-FeO·OH colloid formed in the solution, or, through an intermediate step, ferrous ions are transported to cathodic sites and ultimately oxidized to $\gamma$-FeO·OH. The substance acted as a cathodic inhibitor increasing the cathodic polarization. In another study[18], considering the zeta potentials and colloidal chemistry of $FeSO_4$, it was postulated that the film formation takes place due to direct attraction of lepidocrocite from the colloid by $Cu_2O$.

However, it has been recognized that extensive application of ferrous ions can result in formation of a bulky scale on the tube surface leading to deterioration of heat exchanger performance. Therefore, the control of treatment efficiency and periodical mechanical cleaning of the heat exchanger might be required. Sato[19] recommended a gradual decrease in dosing levels after the initial film formation. The concentration and type of dosage capable of preventing sulfide induced corrosion are given in Table 2. It is advisable to stop the treatment with ferrous ions one hour before chlorination since the simultaneous treatments were reported to be ineffective.

It should be emphasized that during normal service on offshore units or seagoing vessels, additional ferrous sulfate dosing is seldom required. However, if exposure to polluted water is going to occur (e.g. when entering port), a reasonable additional precaution might be to apply dosing prior to entering, while in and after leaving port.[20] In addition it has been reported that application of ferrous sulfate treatment is beneficial in combating the erosion of condenser tubing.[21]

## *Erosion-corrosion*

Erosion-corrosion is a combined process, which is partly the mechanical impact of a moving medium over a metal surface, and partly electrochemical processes. In the case of copper alloys, it has been generally recognised that increasing flow velocities have no significant effect on the corrosion rate until a critical velocity – the so called breakaway velocity – is reached. Depending of the inner pipe diameter, the maximum flow rates in CuNi 90/10 systems should to be conservatively limited to 3.5 m/s.[22] It has to be emphasized, that no erosion failures are known in clean seawater within the above velocity range. Moreover, the reported erosion failures are usually associated with the basic design mistakes of the piping systems (see Figure 6 and the text below).

The mechanism of erosion-corrosion is affected by hydrodynamic characteristics of the flow depending on the thickness of both the velocity boundary layer and the diffusion boundary layer at similar average

flow velocities. As a result, the increasing boundary layer causes a decreased concentration gradient and thus reduces the mass transport. Consequently, if the corrosion process is determined by the mass transport from or to the surface, it can be expected that an increasing pipe diameter results in lowering erosion-corrosion rates and an increased breakdown velocity. Efird[23] estimated that the critical velocity was 4.4 m/s for a tube 0.03 m in diameter and 6 m/s for a tube 3 m in diameter at 27°C. The calculated critical shear stress was 43.1 $N/m^2$ for UNS C70600 in seawater indicating the conditions, under which the passive film is formed, must be considered.

Severe conditions might be expected if the pipe opening has a foreign body lodged in it causing throttling of the flow and leading to an abnormal increase in local flow velocity.[21] Therefore, entrance of debris has to be prevented by installation of strainers. Also growth of macrofouling accumulations must be prevented by appropriate biocide treatment.

Campbell[24] evaluated the effect of controlled bubble size (1.0 and 2.3 mm) on erosion-corrosion resistance and compared these results with bubble free water using a jet impingement apparatus. The deleterious effect decreases with smaller bubble size. To minimize this effect of gas bubbles, consideration should be given to the position of inlet boxes and the construction of venting systems.

It appears reasonable to suppose that an occasional reduction in velocity may contribute to repassivation and thickening of the surface film.[25] Knutsson[26] presented results of an examination of flow regimes over 12 months using a copper alloy. From 1 to 25 % flow duration, no attack was observed at 11.9 m/s. Continuous flow produced results of <15 µm/yr. at 6.1 m/s and 76 µm/yr. at 11.9 m/s. Therefore, for emergency situations, as in fire fighting systems which do not experience frequent pumping activity, the flow velocities up to 10-15 m/s are reasonable for UNS C70600. During two years of testing with sand loaded natural seawater by means of a once-through loop including pipes from 4" to 7" operated intermittently, no appreciable corrosion attack was detected at velocities up to 7 m/s.[27]

Negative effects of erosion are preventable by good design which is also necessary to improve the efficiency of the piping system. The general guidelines for reduction of friction loss depend on the flow velocity, pressure drop in the system due to the geometry of bends and valves, the required pumping power, and the probability of erosion-corrosion:

- The layout of the system should be as direct as possible.
- Control the flow with the least number of valves.
- Ask the valve manufacturer for data related to the effect of valve geometry on the pressure drop in the system. In most instances, there are considerable variations for nominally similar valves.
- Consider the effect of r/d-ratio of elbows and the effect of sudden enlargement and contractions on the pressure drop.
- When fittings are used, specify long radius and full-form types.
- Cut the gasket flush with the inner surface of the pipe.
- Provide a minimum distance of 5 x I.D. between a pump or a valve and a bend.

The exact adjustment of pipe ends and outlet is important to avoid protrusions that can lead to erosion damage in service. In all cases, 100 % weld penetration without excessive penetration of the root into the tube cavity is required to avoid causing any turbulence of the fluid in service. Mismatching of pipe-ends should not exceed half of the wall thickness; however, it should be less than 2 mm.[28]

### *Effect of Chlorination*

Chlorination of seawater is the most common method to control biofouling and it has been reported that continuous chlorination to a residual free chlorine level of 0.25 ppm can be 100 % effective against fouling.[29]

It has also been reported that, in the presence of 0.25 ppm free chlorine, the corrosion of CuNi 90/10 increased during 30 days of exposure but the effect of the chlorine weakened subsequently.[30] Kirk and co-worker[16] stated that according to general experience no negative effect of chlorine concentrations 0.2-0.5 ppm was indicated on the corrosion behavior of copper-nickel alloy during many years in coastal power and process industries. In spite of the biofouling resistance of copper-nickel, the chlorine treatment extended the intervals between mechanical cleanings to restore the performance of heat exchangers from 2 months without chlorination to up to 1 year under chlorinated conditions in coastal plants.

Francis[31, 32] published the results of tests related to the effect of chlorine additions in the range between 0.3 and 4.0 ppm on corrosion and jet impingement tests (jet velocity 9 m/s for 2 months) of UNS C70600 exposed to natural seawater. The products formed on cupronickel during chlorination led to appreciable anodic and cathodic polarization, and, thus, somehow to an improvement in corrosion resistance. Nevertheless, these products impaired the mechanical resistance of the copper-nickel surface leading to an increase in impingement susceptibility. For continuous and intermittent chlorine additions, the concentrations of 0.3 and 0.5 ppm respectively were recommended. Finally, the author pointed out that his results require more additional research.

Another study[33] proposed a possible mechanism for the effect of free chlorine on corrosion performance of CuNi 90/10 in highly polluted brackish water containing appreciable amounts of planktonic and sessile sulfate reducing bacteria. It was assumed that the corrosion process in the presence of chlorine was controlled by transformation of $Cu_2O$ layer into secondary compounds such $Cu_2(OH)_3Cl$ due to the high oxidizing power of the medium. These secondary products are not well adherent to the surface and easily removed allowing further $Cu_2O$ formation. Unfortunately, no mass loss or depths of corrosion attack were presented in this paper.

Obviously, more research is needed on the effect of chlorination on CuNi90/10. However, it can be concluded that an over-chlorination of seawater should be avoided.

### *Galvanic Corrosion*

The avoidance of galvanic corrosion is a principal design consideration (Figure 7). Stainless steels undergo significant potential variations depending of chlorine and oxygen content, temperature, as well as presence of a biofilm, e.g. up to +800 mV SCE in seawater containing 0.5-1.0 ppm free chlorine to less than –400 mV SCE in deaerated seawater. In contrast, UNS C70600 reveals only small changes (Figure 8). It has been reported that the corrosion potential of this alloy remains in the range between 0 and –300 mV SCE in natural aerated seawater at 10 and 40°C, in seawater flowing at 3 to 15 m/s at same temperatures, and in seawater containing 0.5 ppm free chlorine at 15 °C. Figure 9[34] demonstrates the galvanic series of different commercial alloys in flowing seawater. UNS C70600 has a central position in the series. It is nobler than aluminum alloys, carbon and galvanized steel and less noble than stainless steels and titanium alloys. It can be coupled to tin and aluminum bronze.[22]

Bardal et al[35] studied coupling of CuNi 90/10 with high-alloy stainless steel in natural and chlorinated seawater. During connection of the metals in chlorinated water, no significant effect of galvanic corrosion was found. The difference was attributed to the establishment of biofilm on high-alloy stainless steel in

natural seawater providing a much higher cathodic efficiency. However, precautionary measures should be taken if the chlorination might be turned off.

For prevention of galvanic corrosion, it is recommended to use compatible materials wherever possible. However, in multi-material systems, the combination of different metals is often unavoidable. Thus the electrical contact of UNS C70600 with aluminum, nickel and titanium alloys, carbon and stainless steels should be avoided by application of commonly applied protection measures.

### *Stress-Corrosion Cracking*

It has been reported[36] that cupronickel failures due to stress-corrosion cracking are unknown in seawater polluted with ammonia. The alloys are also immune to chloride and sulfide stress corrosion cracking. Thus, no stress relief treatment is required for cold worked or welded material.

## CONCLUSIONS

The merits of the UNS C70600 as an appropriate alloy for seawater pipework can be attributed to various aspects. First of all, it is a simple alloying system with a single phase face centered cubic structure providing excellent hot and cold workability. The absence of phase transformations during welding contributes to its easy weldability with no need for extensive post-weld treatments. However, the chemical composition and the manufacturing of cupronickel products must comply with international standards.

The low uniform corrosion rates of the alloy allow the specification of thinner walled piping and, therefore, provide weight saving. Cathodic protection is not usual for UNS C70600 piping. The alloy is resistant to biofouling and does not reveal sensitive corrosion potential variations under different seawater conditions. Such a combination of features leads to the improved resistance to localized corrosion and the elimination of extensive monitoring procedures associated with chlorination and higher seawater temperatures which other alloy systems might require. The alloy has high resistance to crevice corrosion and is resistant to stress corrosion cracking under marine conditions.

For lower seawater temperatures, protective surface films may take up to 3 months to fully mature. For this reason, hydrotesting and commissioning recommendations have been given. In addition, to avoid premature failures in the presence of hydrogen sulfide, precautionary measures are needed. The given practical recommendations should be followed to avoid corrosion problems. The susceptibility to erosion-corrosion and galvanic corrosion can be eliminated by recommended design considerations.

# TABLES AND FIGURES

**Table 1: Comparison of chemical composition between various specifications for cupronickel 90/10 used as tubing material**

| Standard | DIN/EN | ASTM | ISO | EEMUA | KME |
|---|---|---|---|---|---|
| Designation | CuNi10Fe1Mn | | CuNi10Fe1Mn | | CuNi10Fe1,6Mn |
| Ref. No. | 2.0872/ CW352H | UNS C70600 | | UNS 7060X | |
| Copper | Rem. | Rem. | Rem. | Rem. | Rem. |
| Nickel | 9.0-11.0 | 9.0-11.0 | 9.0-11.0 | 10.0-11.0 | 10.0-11.0 |
| Iron | 1.0-2.0 | 1.0-1.8 | 1.0-2.0 | 1.5-2.00 | 1.50-1.8 |
| Manganese | 0.5-1.0 | 1.0 | 0.5-1.0 | 0.5-1.0 | 0.6-1.0 |
| Tin | 0.03 | - | 0.03 | - | 0.03 |
| Carbon | 0.05 | 0.05 | 0.05 | 0.05 | 0.02 |
| Lead | 0.02 | 0.02 | 0.02 | 0.01 | 0.01 |
| Phosphorus | 0.02 | 0.2 | 0.02 | 0.02 | 0.02 |
| Sulphur | 0.05 | 0.02 | 0.02 | 0.02 | 0.005 |
| Zinc | 0.05 | 0.5 | 0.5 | 0.2 | 0.05 |
| Cobalt | 0.1 | - | 0.05 | - | 0.1 |
| Impurities | 0.2 | - | 0.1 | 0.3 | 0.02 |

Single values represent the maximum content.

**Table 2: Ferrous ion treatments capable of preventing sulfide induced corrosion.**

| Type of Treatment | Dosage Regime | $Fe^{2+}$ [ppm] | $S^{-}$ [ppm] | Remarks | Ref. |
|---|---|---|---|---|---|
| Simulated Anode | Continuous | 0,01-0,2 | 0,01-0,1 | Significant reduction of general corrosion. Elimination of pitting after 90 days. | 37 |
| Ferrous Sulfate | 2 h/day | 1 | 0,01 | Achievement of the full effectiveness after 20 to 40 days | 40 |
| Ferrous Sulfate | Continuous | 0,1 | 0,05 | Achievement of the full effectiveness after 90 days | 38 |
| Ferrous Sulfate | Continuous | 0,18 | 0,08 | Best efficiency in combination with sponge ball cleaning to control the heat exchanger performance | 39 |
| Ferrous Sulfate | Continuous | 5 | 0,1 | Build up of sludge | 40 |
| Ferrous Sulfate | Continuous | 2-3 | See remark | The treatment is recommended during commissioning period to accelerate the formation of protective film | 20 |
| Ferrous Sulfate | 1 h/day | 5 | See remark | The treatment is recommended during commissioning period to accelerate the formation of protective film | 20 |



Figure 7: Galvanic corrosion damage of a carbon steel welding end welded directly to UNS C70600-pipe work.




Figure 8: Typical values of corrosion potential for UNS C70600 under different seawater conditions. The potential axis represents the potential range of a super stainless steel.




**Figure 9: Galvanic series in flowing seawater at 2.5-4.0 m/s, 10-27°C.[34]**

## REFERENCES


[1] M. Hansen, and K. Anderko: Constitution of Binary Alloys, Second Edition, New York: McGraw-Hill Book Company Inc. 1958

[2] EEMUA No. 146 - 1987: 90/10 Copper Nickel Alloy Piping for Offshore Applications, Fittings

[3] M.S. Parvizi et al, International Materials Reviews, Vol. 33 No. 4 (1988), 169

[4] German Standard, WL 2.1972: 1996-08

[5] A Tuthill, Guidelines for the Use of Copper Alloys in Seawater, NiDI Publication 12003. 1988

[6] K.D.Efird, Materials Performance, November 1975, 37

[7] F.J Kievits and F.P. Ijsseling, Werkstoffe und Korrosion, 23 No. 12 (1972) 1084

[8] Tuthill et al., Experience with Copper Nickel Alloy Tubing, Water Boxes and Piping in MSM Desalination Plants, IDA World Congress on Desalination and Water Reuse, Paper No 73 Vol. III, p 251, Madrid, October 1977

[9] R.E. Melchers, Corrosion, Vol. 57 No. 5 (2001) 440

[10] K.D. Efird and T.S. Lee, Corrosion, Vol. 35 Feb. 1979, 79-83

[11] W. Schleich, and K. Steinkamp, Stainless Steel Conference 2003, Paper No: P0379, Maastricht

[12] Report, University of Applied Science Hamburg, No. K241-2000, Hamburg, July, 2000

[13] M.S., Parvizi et al., International Materials Reviews, Vol. 33 No. 4 (1988), 169

[14] B.C Syrett et al., Corrosion, 35 No. 9 (1979) 409

[15] L.E. Eiselstein et al., Corros. Sci., 23 No. 3 (1983) 223

[16] W. W. Kirk and A.H. Tuthill, Copper-Nickel Condenser and Heat Exchanger Systems, Paper from a Seminar, The Application of Copper-Nickel Alloys in Marine Systems, Presented Jointly by ICA, CDA and Nickel Development Institute in Cooperation with Japan Copper Development Association, Korean Institute of Metals, Tokyo, Osaka and Nagasaki, Japan, Pusan and Kirje Island, Republic of South Korea, November, 1991

[17] R. North and M.J. Pryor, Corrosion Science, 8 (1968) 149

[18] R. Gasparini et al., Corrosion Science, 10 (1970) 157

[19] S. Sato, Reviews on Coatings and Corrosion, (1973) 139

[20] C. A Powell and. H. T. Michels, Corrosion/2000, Paper No. 627, Orlando, Florida

[21] S. Sato and K. Nagata, Factors Affecting Corrosion and Fouling of Condenser Tubes of Copper Alloys and Titanium, Conference on Corrosion in the Power Industry, Montreal, 1977, NACE

[22] British standard: BSMA 18, Salt Water Piping Systems in Ships, August 1973,

[23] K.D. Efird, Corrosion, 33 No. 1 (1977) 3

[24] H.S Campbell and V.E. Carter, Journal of Inst. Metals, 90 (1961-62) 362

[25] B.C. Syrett: Corrosion, 32 (1976) 242

[26] L. Knutsson et al, Brit. Corros. J., 7 (1972) 208

[27] M. Jasner and K. Steinkamp, Why Copper Nickel 90/10 is the Optimum Pipe Material for Seawater Service, Stainless Steel World 2002, Houston, USA

[28] German standard: DIN 85004:1996-06

[29] D.B. Anderson and B.R Richards, Transaction of ASME, J. Eng. Power, July (1966), 203-208

[30] R.O. Lewis, Mater. Perfom, 22 (8), (1981), 31

[31] R. Francis, Materials Performance, August, 21 No. 8 (1982) 44

[32] R. Francis, Corrosion, 26 No.3 (1985) 205

[33] M. De Romero et al., Corrosion, 56 (8), 2000), 867-876

[34] Preventing Biofouling with Copper-Nickel, CDA Publication P157, Oct. 2002

[35] E. Bardal et al., Corrosion 40 (1984) 12

[36] P.T. Gilbert,: Br. Corrosion J. 14, 1 (1979), 20

[37] H. P. Hack and J. P. Gudas, Materials Performance, April (1980) 49

[38] H. P. Hack and T. S. Lee, The Effect of Ferrous Sulfate on Sulfide-Induced Corrosion of Copper-Base Condenser Alloys in Aerated Seawater, Report No. DTNSRDC/SME-81-91,David W. Taylor Naval Ship Research and Development Center, Maryland, January 1982

[39] M. W. Joseph and F. W. Hammond, Effect of Mechanical Cleaning for Heat Transfer Control on Corrosion of CuNi in Seawater Containing Sulfide and Ferrous Sulfate, Annual Report, INCRA Project No. 349B, February 1986

[40] H. P. Hack and J. P. Gudas, Inhibition of Sulfide-Induced Corrosion on Copper-Nickel Alloys with Ferrous Sulfate, Corrosion/78, Paper No. 23, NACE; Houston

# SEA, Ltd.
## PROJECT INFORMATION FORM

| | | |
|---|---|---|
| BIERY, NICHOLAS<br>Information Received By | 11/3/2010<br>Date Assigned | 153897<br>SEA Project No. |
| CHARTIS INSURANCE<br>Client Name | | BIERY, NICHOLAS 716<br>SEA Associate Assigned |
| FRANK P. MICARI<br>Client Contact | | 08/13/2010<br>Date of Loss |
| 32 OLD SLIP, 21ST FLOOR<br>Client Address | | FILE NO. 000738<br>Client File/Claim/Policy No. |
| NEW YORK, NEW YORK 10005<br>Client City, State, Zip | | Amount of Exposure |
| 646-857-2048<br>Client Phone No. (Including Extension) | Client Cell Phone No. | Matter Type |
| 646-857-2052<br>Client Fax No. | | SEA Lab No. |
| FRANK.MICARI@CHARTISINSURANCE.COM<br>Client Email Address | | Prior SEA Project No. (If Any) |
| MARINE AC COIL<br>Project Caption/Description | | Client/Carrier |
| N/A<br>Address of Loss | | Carrier Policy/Claim No. |
| ST. PETERSBURG, FLORIDA<br>City, State, Postal Code of Loss | | Carrier Phone No. (Including Ext.) |
| IAG, LTD.<br>Name, Address of Insured | | |
| Contact | | Phone No. |

Names of Others: (Please define: i.e. Claimant, Tenant, Other Driver, etc.)
2004 CARVER MARQUIS

Description of Loss: MARINE AC COIL

Scope of Project: ANALYSIS

| | | | |
|---|---|---|---|
| Responding Fire Dept.: | Evidence Storage | Phone Calls - Original Project | |
| Send Report To: | CHEM<br>BIN<br>BAY<br>LOT<br>FILE | Project Acknowledgement Mailed | |
| | | Status Mailed | Postage |
| Send Invoice To: | | Final Mailed 12-1-10 | Postage |
| | | Close Out | |
| Retainer Estimated Project Cost: | | | |

# SEA, Ltd.

## PROJECT INFORMATION FORM

| Field | Value |
|---|---|
| Information Received By | BIERY, NICHOLAS |
| Date Assigned | 11/3/2010 |
| SEA Project No. | 153897 |
| Client Name | CHARTIS INSURANCE |
| SEA Associate Assigned | BIERY, NICHOLAS 716 |
| Client Contact | FRANK P. MICARI |
| Date of Loss | 08/13/2010 |
| Client Address | 32 OLD SLIP, 21ST FLOOR |
| Client File/Claim/Policy No. | FILE NO. 000738 |
| Client City, State, Zip | NEW YORK, NEW YORK 10005 |
| Amount of Exposure | |
| Client Phone No. (Including Extension) | 646-857-2048 |
| Client Cell Phone No. | |
| Matter Type | |
| Client Fax No. | 646-857-2052 |
| SEA Lab No. | |
| Client Email Address | FRANK.MICARI@CHARTISINSURANCE.COM |
| Prior SEA Project No. (If Any) | |
| Project Caption/Description | MARINE AC COIL |
| Client/Carrier | |
| Address of Loss | N/A |
| Carrier Policy/Claim No. | |
| City, State, Postal Code of Loss | ST. PETERSBURG, FLORIDA |
| Carrier Phone No. (Including Ext.) | |
| Name, Address of Insured | IAG, LTD. |
| Contact | |
| Phone No. | |

Names of Others: (Please define: i.e. Claimant, Tenant, Other Driver, etc.)
2004 CARVER MARQUIS

Description of Loss: MARINE AC COIL

Scope of Project: ANALYSIS

| Responding Fire Dept.: | Evidence Storage | Phone Calls - Original Project |
|---|---|---|
| Send Report To: | CHEM | Project Acknowledgement Mailed |
| | BIN | Status Mailed / Postage |
| | BAY | Final Mailed / Postage |
| Send Invoice To: | LOT | Close Out |
| | FILE | |
| Retainer Estimated Project Cost: | | |

**BILLING COPY**
(pink)

# SEA, Ltd.
## PROJECT INFORMATION FORM

| | | |
|---|---|---|
| BIERY, NICHOLAS<br>Information Received By | 11/3/2010<br>Date Assigned | 153897<br>SEA Project No. |
| CHARTIS INSURANCE<br>Client Name | | BIERY, NICHOLAS 716<br>SEA Associate Assigned |
| FRANK P. MICARI<br>Client Contact | | 08/13/2010<br>Date of Loss |
| 32 OLD SLIP, 21ST FLOOR<br>Client Address | | FILE NO. 000738<br>Client File/Claim/Policy No. |
| NEW YORK, NEW YORK 10005<br>Client City, State, Zip | | Amount of Exposure |
| 646-857-2048<br>Client Phone No. (Including Extension) | Client Cell Phone No. | Matter Type |
| 646-857-2052<br>Client Fax No. | | SEA Lab No. |
| FRANK.MICARI@CHARTISINSURANCE.COM<br>Client Email Address | | Prior SEA Project No. (If Any) |
| MARINE AC COIL<br>Project Caption/Description | | Client/Carrier |
| N/A<br>Address of Loss | | Carrier Policy/Claim No. |
| ST. PETERSBURG, FLORIDA<br>City, State, Postal Code of Loss | | Carrier Phone No. (Including Ext.) |
| IAG, LTD.<br>Name, Address of Insured | | |
| Contact | | Phone No. |

Names of Others: (Please define: i.e. Claimant, Tenant, Other Driver, etc.)
2004 CARVER MARQUIS

Description of Loss: MARINE AC COIL

Scope of Project: ANALYSIS

| | | |
|---|---|---|
| Responding Fire Dept.: | Evidence Storage | Phone Calls - Original Project |
| Send Report To: | CHEM | |
| | BIN | Project Acknowledgement Mailed |
| | BAY | |
| Send Invoice To: | LOT | Status Mailed / Postage |
| | FILE | Final Mailed / Postage |
| Retainer Estimated Project Cost: | | Close Out |

**EVIDENCE COPY**
(blue)

WARD'S
MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

# PARTIAL SUBMERSION OF THE 59' MARQUIS MOTOR YACHT "IT'S ALL GOOD" EXPERT WITNESS REPORT OF WARD'S MARINE ELECTRIC

## IAG LLC,
## VS.
## NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PENNSYLVANIA d/b/a AIG GLOBAL MARINE ENTERPRISES, INC.,

CASE NO.: 8:13-CV-1675-T-27TBM

MAY 29, 2014

WARD'S
MARINE ELECTRIC
ESTABLISHED 1950

WARD'S
MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

## TABLE OF CONTENTS


| | |
|---|---|
| TABLE OF CONTENTS | 2 |
| I. PREFACE | 3 |
| II. FINDINGS AND OPINION | 4 |
| A. SUMMARY OF OPINION | 4 |
| B. JOINT INSPECTION PERFORMED SEPTEMBER 5, 2013 | 4 |
| C. INSPECTION PERFORMED MAY 9, 2014 | 8 |
| D. CONCLUSIONS | 12 |
| III. DOCUMENTS REVIEWED | Appendix A |
| IV. CURRICULUM VITAE, STEVE HEBERT | Appendix B |
| V. FORENSIC INVESTIGATION HISTORY | Appendix C |
| VI. PUBLICATION HISTORY | Appendix D |
| VII. TESTIMONY AND DEPOSITION HISTORY | Appendix E |

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

## I. PREFACE

REPORT ON THE JOINT INSPECTIONS OF THE AIR CONDITIONING, BILGE PUMPING, BATTERY, BATTERY CHARGING, AND SHORE POWER SYSTEMS PERFORMED ABOARD THE 59' MARQUIS MOTOR YACHT "IT'S ALL GOOD" LOCATED AT EMBREE MARINE, 201 15TH AVENUE SOUTH, ST. PETERSBURG, FLORIDA ON SEPTEMBER 5, 2013 AND MAY 9, 2014.

I was retained to inspect the vessel "It's All Good", review available information, and render an opinion as to the cause of the partial submersion of the vessel.

The following report is based upon visual inspection and limited testing of the vessel's air conditioning system, bilge pumping system, battery systems, battery charging systems, and shore power system as well as a review of the Final Physical Damage Survey of Techton Marine dated September 12, 2012, the report of SEA Limited dated December 1, 2010 and associated photos, the denial of coverage letter from Chartis Marine Adjustors dated December 10, 2010, the AIG Global Marine Recreational Marine Policy (Policy Number 051763302), the deposition transcript of Duane Ives dated March 6, 2014, the deposition transcript of Samuel Techton dated March 5, 2014, the AEGI (Applications Engineering Group, Inc.) report dated May 28, 2014, the Vanner IQ series Industrial Quasi Sine Wave AC Power Inverter Owner's Manual, the photographs provided by Precision Marine, *Copper-Nickel for Seawater Corrosion Resistance and Antifouling – A State of the Art Review*, by C.A. Powell and H.T. Michels, the Rule Standard Bilge Pump Instruction Manual, and the interview of Captain Marty Ebding conducted via telephone on November 22, 2013. The opinions in this report are based on the data, photos, and technical information available at the time of writing. The right to modify these opinions is reserved in the event that new information becomes available.

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

## II. FINDINGS AND OPINION

### A. SUMMARY OF OPINION

It is my opinion that the seawater leak in the crew area marine air conditioning coil described by Techton Marine in its report dated September 17, 2010, was not the precipitous event which caused the partial submersion of the 59' Marquis motor vessel "It's All Good" which occurred on October 13, 2010. While it is acknowledged that this was the source of water ingress, the sump pump and bilge pumping system should have been able to dewater the vessel at a sufficient rate to prevent the vessel's partial submersion indefinitely had the sump pump and bilge pumping system been fully operational. The evidence indicates that a failure of the bilge pumping system was the precipitous event which caused the partial submersion of the 59' Marquis motor yacht "It's All Good".

It is my opinion that the conclusions reached by Techton Marine in its report dated September 17, 2010, are not supported by scientific testing. These conclusions also demonstrate a lack of due diligence in thoroughly inspecting the vessel to fully understand its installed systems before drawing conclusions as to the cause of this loss. Furthermore, evidence which could have been used to properly analyze the cause of the partial submersion of the vessel was spoliated through destructive testing.

With regard to the report of the marine air conditioning coil failure prepared by SEA and dated December 1, 2010, the conclusion that the failure of the cupronickel tubing of the marine air conditioning coil was caused by crevice corrosion is suspect. A far more common cause of failure in marine air conditioning coils is impingement attack caused by excessive and/ or turbulent water flow through the coil. Impingement attack can occur in 90-10 cupronickel tubing as a result of localized turbulence due to the presence of biologic material and/ or other debris. Flow rate calculations performed by AEGI have determined that the rate of water flow through the subject air conditioning coil "exceeded recommended flow velocity" which is consistent with the conclusion that impingement attack could have caused the damage to the inner cupronickel seawater air conditioning coil piping. This condition would be exacerbated by localized turbulences caused by restrictions and/ or obstructions in the tubing. Longitudinal sectioning of the coil would allow for a more definitive analysis of the damage to the cupronickel inner tubing.

WARD'S
MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

## B. JOINT INSPECTION PERFORMED SEPTEMBER 5, 2013

1. The 800 gallon per hour (GPH) sump pump that would normally remove condensate produced by the crew area air conditioner was tested and found to be inoperative. See Photo 1.
2. The Rule brand Rule-A-Matic float switch associated with the 800 GPH sump pump was tested and found to be operating intermittently. See Photo 1.



**Photo 1: Sump enclosure into which condensate or leaking seawater from the subject air conditioning coil would drain. The 800 GPH sump pump was found to be inoperative. The Rule-A-Matic float switch was found to be intermittently operational.**

3. The manufacturer's published flow rate for this sump pump is 425 GPH at 6.7 feet of head and 13.6 volt DC supply.
4. The crew area/ aft engine room bilge pump and the forward engine room bilge pump were tested using an independent 12 volt DC power source and were found to be operational. The float switches associated with each of these bilge pumps were tested and found to be operational.

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

5. These bilge pumps were identified as Rule brand model 10, 12 volt DC bilge pumps labeled as 2000 GPH. See Photo 2.



**Photo 2: Pictured is one of the two engine room mounted Rule model 10 bilge pumps.**

6. The forward engine room bilge pump was connected to a Rule brand Rule-A-Matic Plus float switch.
7. The crew area/ aft engine room bilge pump was connected to a Rule brand Rule-A Matic float switch.
8. The engine room bilges are connected by a system of limber holes. Any water not removed by the crew area/ aft engine room bilge pump could flow into the forward engine room bilge area where the forward engine room bilge pump would remove the water from the vessel.
9. The manufacturer's published flow rate for the 2000 gallon per hour bilge pump is 1300 GPH at 6.7 feet of head with a 13.6 volt DC supply.
10. A Charles Marine model 93-12805SP-A battery charger was installed to charge the house battery bank which powered the vessel's bilge pumps. See Photo 3.

WARD'S
MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

11. The Charles Marine model 93-12805SP-A battery charger was tested and found to be operational. See Photo 3.




Photo 3: The Charles Marine 80 ampere, 12 volt DC battery charger was tested and found to be operational. Note output of approximately 30 amperes.

12. A Charles Marine Products (Manufactured by Vanner) IQC12-2600 inverter/ charger was connected to the house battery bank which powered the vessel's bilge pumps. See Photo 4.




Photo 4: A Vanner (Labeled Charles Marine) inverter was installed and connected to the house battery bank. Note the data tag indicating Vanner model IQC12-2600.

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

C. INSPECTION PERFORMED MAY 9, 2014

1. The purpose of the May 9, 2014 inspection was to collect information regarding the air conditioning system seawater piping.
2. This information was provided to Orion Keifer of AEGI for the purpose of calculating flow rates.
3. The three originally installed air conditioning compressors are connected to the Scott Pump Company P-700 seawater pump in parallel via a manifold system. See Photo 5 and Photo 6.




Photo 5: The Scott Pump Company model P-700 centrifugal motor pump data tag is pictured.

WARD'S
MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2



Photo 6: The air conditioning system seawater inlet and outlet manifolds are pictured.

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

4. The following diagrams were created and provided to Orion Keifer of AEGI. See Photo 7 and Photo 8.



**Photo 7: The hand sketched air conditioning seawater inlet diagram created during the May 9, 2014 inspection is pictured.**

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2




**Photo 8: The hand sketched air conditioning seawater outlet diagram created during the May 9, 2014 inspection is pictured.**

WARD'S MARINE ELECTRIC

617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

D. CONCLUSIONS

1. Considering the maximum (worst case) rate of water ingress calculated by AEGI in its report dated May 28, 2014 of less than 15 gallons per minute or 900 gallons per hour, it would be expected that an operational 800 GPH sump pump would be overrun, but the water leaking into the bilge (even considering an inoperative sump pump) is well below the published flow rate for one of the two installed 2000 GPH bilge pumps.
2. Had this 800 GPH sump pump been operational, at least a portion of the sea water leaking from the subject air conditioning coil would have been captured by the pan and would have drained into the sump, where it would have been removed by the sump pump.
3. The maximum (worst case) rate of water ingress calculated by AEGI in its report dated May 28, 2014 of less than 15 gallons per minute or 900 gallons per hour is only 69.23% of the 1300 GPH (at 6.7 feet of head with a 13.6 volt DC supply) published flow rate of one of the two installed bilge pumps. This data contradicts the conclusion of Techton Marine that the bilge pump "could not keep up with the water incursion".
4. The rate of water ingress was never properly measured. The subject air conditioning coil was removed and cut apart preventing future testing to determine the actual rate of water ingress.
5. Since both of the engine room mounted 2000 GPH bilge pumps and their associated float switches were tested and found to be operational, a leak of the magnitude described by Samuel Techton (Techton Marine) or AEGI could not have caused the partial submersion of the vessel had there been sufficient power to operate the bilge pumping system.
6. Since the Charles Marine 80 ampere, 12 volt DC battery charger was tested and found to be operational, the most likely explanation for a loss of 12 volt DC power, which would render the bilge pumping system inoperative, is a prolonged loss of AC power (shore power) to operate the battery charger.

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

7. During a loss of AC power (shore power) the IQC12-2600 inverter would use battery power to operate any AC loads connected to the inverter AC bus if the on/ off switch were in the run position (assuming the inverter was not bypassed and had already been started). This would cause the batteries to be depleted within a matter of hours. If the inverter shut down due to low battery voltage, and the inverter was in the standard operation mode, the inverter/ charger would not accept AC input power to operate the battery charger until the inverter was manually restarted.
8. This indicates that it is likely that the inverter/ charger (120 ampere, 12 volt DC battery charger) would not charge the batteries following an extended (several hour) loss of AC power.
9. Therefore, the only source of charging for the 12 volt DC battery system with the engine not running and the vessel connected to shore power would be the 12 volt DC, 80 ampere Charles Marine 5000 series battery charger.
10. The condition of the 12 volt DC battery bank at the time of the partial submersion is unknown. According to Captain Marty Ebding, the battery bank had been replaced 2- 3 years prior to the partial submersion and had never been load tested after being installed aboard the vessel.
11. Depending on the condition of the batteries and the DC loads connected to the vessel's battery system, upon re-establishment of AC power, the battery charger may not have been able to adequately recharge the battery system in time to make the bilge pumps operational and prevent the air conditioning seawater pump and associated air conditioning coil leak from filling the vessel's bilges with seawater, ultimately causing the partial submersion of the vessel.
12. Based on the available evidence, it is my opinion that a failure of the bilge pumping system was the precipitous event which caused the partial submersion of the 59' Marquis motor yacht "It's All Good".
13. As stated in the report dated December 1, 2010, SEA performed only laboratory analysis of six pieces of copper and cupronickel tubing and a small amount of loose debris which was delivered to their facility on November 11, 2010.

WARD'S MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

14. The coil was cut into sections prior to delivery to SEA.
15. According to <u>*Review of Seawater Corrosion Resistance and Antifouling – A State of the Art Review*</u>, by C.A. Powell, Nickel Development Institute and H.T. Michels, Copper Development Association Inc, "Copper-Nickel alloys also have good inherent resistance to chloride pitting and crevice corrosion. In fact, crevice corrosion seldom occurs and is therefore not well documented."
16. According to the SEA report "If the holes were caused by erosion corrosion, we would expect to see them in areas where we have changes in flow, such as adjacent to the inlet or the outlet, and not in the middle of the coil." However, the presence of debris in the coil could lead to localized turbulence and impingement attack, also known as erosion corrosion, even in the middle of the coil.
17. According to <u>*Review of Seawater Corrosion Resistance and Antifouling – A State of the Art Review*</u>, by C.A. Powell, Nickel Development Institute and H.T. Michels, Copper Development Association Inc, "With increasing seawater flow rate, corrosion rates remain low due to the resilience of the protective surface film. Once, however, the velocity for a given geometry exceeds a critical value, at which shear stresses are sufficient enough to strip off the protective corrosion film, damage in the form of impingement attack may occur."
18. The subject air conditioning coil was connected to a manifold at the output of the Scott Pump Company model P-700 seawater pump with a published flow rate of 32 gallons per minute or 1920 GPH at 21 feet of head. This installation was not inspected by a representative of SEA.
19. In its report dated May 28, 2014, AEGI concludes, based on their flow rate calculations, that the seawater flow through the subject air conditioning coil "exceeded recommended flow velocity". This excessive flow rate is consistent with the environment in which impingement attack could be expected to occur.
20. Longitudinal sectioning of the coil would allow for a more definitive analysis of the damage to the cupronickel inner tubing.

WARD'S MARINE ELECTRIC, INC.

WARD'S
MARINE ELECTRIC
617 S.W. 3rd Avenue Fort Lauderdale, FL 33315
Phone: 954.523.2815 CAGE: 03NX2

Inspections and Report By: ______________________
Steve Hebert
Service and Engineering Manager

Reviewed and Approved By: ______________________
Ward Eshleman, II
President

TECHTON MARINE CONSULTING INC.

## CHAIN OF CUSTODY

CHARTIS MARINE ADJUSTERS, INC.

Named Insured: TAG, LLC & PAUL BECKER File Number: 000738
Date of loss: 8/13/10

Evidence Description: COPPER COILS FROM CRUISAIR SXF5/1 RMT
Current Location: EMBREE MARINE

## CHAIN OF POSSESSION

Received From: [signature]
By: SD Techton [signature]
Date: 11-9-10
Sent To: SEA LTD NICK BIERY Date: 11-9-10

Received From: Techton Marine Consulting, Inc.
By: Nicholas Biery [signature]
Date: 11-11-10
Sent To: Sam Techton Date: 11-30-10

Received From:
By:
Date:
Sent To: Date:

PO BOX 47465
TAMPA, FL 33646
813 784 5275
FAX 973 3548
WWW.TECHTONMARINE.COM

| Graphic Number | Lot Number | Caption | Source | Mag. | Technique | Initials |
|---|---|---|---|---|---|---|
| 10-173-1 | 111810A | EDS of cut surface on inner tubing | SEM | EDS | 15 KeV | GTK |
| 10-173-2 | 111810A | SEM image of cut tube end. | SEM | 15 X | 15 KeV BSI | GTK |
| 10-173-3 | 111810A | EDS of cut surface on outer tubing | SEM | EDS | 15 KeV | GTK |
| 10-173-4 | 111810A | SEM image of ID of inside tube. | SEM | 26 X | 15 KeV BSI | GTK |
| 10-173-5 | 111810A | EDS of light area shown in 10-173-4. | SEM | EDS | 15 KeV | GTK |
| 10-173-6 | 111810A | EDS of dark area shown in 10-173-4. | SEM | EDS | 15 KeV | GTK |

THU, NOV 20, 2014

DELTA

BOARDING DOCUMENT

Nicholaseben Biery NB

HWPOI4

SkyMiles #XXXXXX3488

# CMH ▸ BOS

COLUMBUS (CMH) ▸
**Boston** (BOS)
FLIGHT DL6042
Operated by Chautauqua Airlines

| BOARDING | GATE* | ZONE | SEAT | | |
|---|---|---|---|---|---|
| 6:00am | C52 | 3 | 15A | Depart | Thu, 6:30am |
| | | | Economy (Y) | Arrive | Thu, 8:44am |

**Gates may change. Check airport monitors.*

*Fly Paperless: www.delta.com/app*

Ticket#: 006 7526711813

KCMHTKFTXPKIA01