UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IAG LLC,

Plaintiff,

v. Case No: 8:13-cv-1675-T-36TBM

NATIONAL UNION FIRE INSURANCE
CO. OF PITTSBURGH PENNSYLVANIA,

Defendant.
_____________________________________/

# ORDER

This matter comes before the Court upon the Plaintiff's Motion to Correct Deposition Filings (Doc. 70), filed on January 22, 2015. The Plaintiff states that the deposition of Nicholas Biery, filed at Doc. 55, in support of its summary judgment motion, contains errors. Thus, Plaintiff asks that the Court, instead, consider the corrected deposition of Nicholas Biery filed at Doc. 72. The motion is unopposed. The Court, having considered the motion and being fully advised in the premises, will grant Plaintiff's Motion to Correct Deposition Filings. Accordingly, it is

**ORDERED that:**

1. Plaintiff's Unopposed Motion to Amend/Correct Deposition (Doc. 70) is GRANTED.

2. The deposition filed at Doc. 55, and attachments thereto, shall be STRICKEN.

3. When ruling on the parties' motions for summary judgment, the Court will consider the corrected deposition filed at Doc. 72, including its attachments.

**DONE AND ORDERED** in Tampa, Florida on February 18, 2015.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any